UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGIO TOVAR, et al.,<br><br>             Petitioners,<br><br>      v.<br><br>INTERNAL REVENUE SERVICE,<br><br>             Respondent. | Case No.  23-mc-80215-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On September 8, 2023, the Court issued an order directing petitioners Sergio and Kristine Tovar, who are representing themselves, to file a status report advising it of the status of service of their petition to quash an IRS summons by September 25, 2023.  Dkt. No. 5.  That date has passed, and the Tovars have failed to respond to the Court's order.  Additionally, the Tovars have not responded to an August 23, 2023 order directing them to file a redacted public version of their petition.  *See* Dkt. Nos. 4, 5.

Accordingly, the Court orders the Tovars to file a statement by **October 13, 2023** showing cause, if any, why the case should not be dismissed for failure to prosecute and/or failure to comply with the Court's orders.  If the Tovars fail to timely file a statement, or if the statement does not make an adequate showing, the Court will direct the Clerk of the Court to reassign this matter to a district judge with a recommendation that the petition be dismissed without prejudice.

//

//

//

//

1   **IT IS SO ORDERED.**

2   Dated: September 29, 2023

3

4

5   VIRGINIA K. DEMARCHI
    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California