United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO TOVAR, et al., | Case No.23-mc-80215-PCP |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| | Re: Dkt. No. 9 |
| INTERNAL REVENUE SERIVCE, | |
| Defendant. | |

On December 15, 2023, the Court adopted Judge DeMarchi's Report and Recommendation and dismissed the case without prejudice.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 15, 2023

_____

P. CASEY PITTS
United States District Judge